IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

THE PATTERSON REAL ESTATE
GROUP INC.,

    Plaintiff,

      v.

                        CIVIL ACTION FILE
                        NO. 1:12-CV-74-TWT

OTIS TURK, et al.,

    Defendants.


## ORDER


      This is a dispossessory action wrongfully removed to this Court. It is before

the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge

recommending remanding the case to the Magistrate Court of Henry County. The

Court approves and adopts the Report and Recommendation as the judgment of the

Court. This action is REMANDED to the Magistrate Court of Henry County.

      SO ORDERED, this 6 day of February, 2012.


                    /s/Thomas W. Thrash
                    THOMAS W. THRASH, JR.
                    United States District Judge